**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **TYREE MORRIS,** | **CIVIL ACTION** |
| Petitioner, | |
| *v.* | **NO. 22-0248-KSM** |
| **SUPERINTENDENT SCI FRACKVILLE, et al.,** | |
| Respondents. | |

## ORDER

**AND NOW**, this 7th day of July, 2022, upon careful and independent consideration of the petition for a writ of habeas corpus and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Doc. No. 10), it is **ORDERED** that:

1.    The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.    The Motions for Abeyance (Docs. No. 3, 5) are **GRANTED**;

3.    Petitioner's case is **STAYED** and his petition for a writ of habeas corpus is placed **IN SUSPENSE** until the conclusion of Petitioner's state collateral review proceedings; and

4.    Petitioner **SHALL** notify the Court within thirty (30) days of the conclusion of the state proceedings in his case so that the habeas petition may proceed in this Court.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.